| AUSA: | Sean King | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Special Agent: | Emily Zebracki | Telephone: | (313) 226-0500 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America
  v.

Tyler Eaton

Case No.

Case: 2:26−mj−30344
Assigned To : Unassigned
Assign. Date : 6/5/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 16, 2021 to October 1, 2025___ in the county of ___Macomb___ in the ___Eastern___ District of ___Michigan___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a minor. |
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Emily Zebracki, Special Agent-HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___June 5, 2026___

_____
*Judge's signature*

City and state: ___Detroit, Michigan___          Hon. David R. Grand, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Emily Zebracki, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent since May of 2022. My formal education includes a Bachelor of Science Degree in Criminal Justice from Wayne State University. Prior to becoming a Special Agent with HSI, I was employed as a Police Officer with the Rapid City Police Department in Rapid City, South Dakota for 4 years. I have successfully completed the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have been assigned as a member of the Michigan State Police – Internet Crimes Against Children Task Force (MSP-ICAC) since April of 2025.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for Tyler EATON (DOB XX/XX/1990), for violations of 18 U.S.C. §§ 2251(a) (sexual exploitation of a minor), 2252A(a)(2) (distribution and receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

3.      This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative

1

observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Tyler EATON.

## PROBABLE CAUSE

4.      On July 7, 2025, Macomb County Sheriff's Office (MCSO) received tip number 213952343 from the National Center for Missing and Exploited Children (NCMEC) submitted by Stelivo, LLC ("Stelivo"), a social media application. Stelivo advised that a user, "Calvin246" (subject account), uploaded 10 files of suspected child sexually abusive material (CSAM) on or about June 14, 2025. Stelivo also submitted associated identifier(s) for the subject account, such as the email address, display name, and/or IP addresses.

5.      I reviewed all 10 media files in NCMEC tip 213952343 and confirm that all meet the federal definition of child pornography. The files contained nude, prepubescent males with the approximate ages of 7-10 years old engaging in oral sexual acts with nude teenage boys and adult nude males. There are also images of nude prepubescent males and females posed in sexual positions. One image file depicts a nude prepubescent male wearing chained wrist restraints posed with their anus exposed and held open by the hand of another individual.

6.      Stelivo reported the CSAM media files were uploaded by the subject account associated with the email address, eatonty**@gmail.com. Stelivo also

2

provided the IP address for the upload. Through a subpoena to AT&T Internet Services for the identified IP address, MCSO received information that the IP address was subscribed to an individual known to law enforcement, and registered at a residence in Roseville, MI. Through other investigative techniques, including database searches, physical surveillance, and search warrants to service providers, MCSO linked EATON to the Stelivo account and the Roseville residence.

7.     On October 1, 2025, MCSO executed a state search warrant at the Roseville residence and located EATON hiding in a closet inside. Pursuant to the search warrant, MCSO seized numerous electronic devices from inside the residence, including cell phones, tablets, and computers.

8.     On that same day, detectives interviewed EATON, who was notified of his *Miranda* rights. EATON agreed to speak with detectives further and admitted that there would be CSAM on devices seized from the residence. EATON stated he was in an adult chat room where sexually explicit pictures were shared and EATON received pictures where the subject in the image was clearly not 18, though he never asked for pictures of individuals under 18. When asked by detectives how many CSAM images were on his devices, EATON asked if the quantity of images mattered and then stated there would be, "under 50."

9.     Law enforcement later reviewed a forensic extraction of one of the seized cell phones found in EATON's bedroom (Samsung A12). The Samsung A12 was associated to the phone number ***-***-6979, the email address

3

teaton****@gmail.com, and Facebook username "tyler.eaton.**". Within the forensic extraction of the cell phone was the following Facebook Messenger conversation dated November 16, 2021, between EATON and an individual known to law enforcement, "User 1":

User 1: You fuck [Minor Victim-1 (MV-1)]?

Tyler: **A video was sent by Tyler to User 1 with a nude, adult, male lying on a bed with an erection, masturbating. At the edge of the bed, with their back facing the adult male, a fully clothed juvenile male, approximately 5-7 years old can be seen watching TV sitting in front of a white table, all while the adult male is masturbating. The child is wearing a t-shirt with light-colored sleeves.** (MV-1 Video 1)

User 1: **an image was sent of a nude adult male performing anal sex on a prepubescent male laying in bed.**

Tyler: Mmmm fuck

User 1: thumbs up emoji

Tyler: I just play with his asshole

User 1: Dang we should bang him out

Tyler: I really want to fuck him

Tyler: Yeah we definitely should

User 1: Mmm thats so hot

4

Tyler: **Another video was sent by Tyler in the same location with the nude, adult male, lying on the bed with an erect penis. In the video, the same white table can be seen. A child's arm comes into view of the video and the child wraps their hand around the adult male's erection and begins moving up and down the erect penis. The child is wearing a t-shirt with a light-colored sleeve that comes into view.** (MV-1 Video 2)

User 1: Fuck yeah

User 1: So hot that your peso

Tyler: Thank you too bro

User 1: Proud pedo here too

10.     Within the forensic extraction of the same cell phone was a text message conversation between EATON and the individual known as "User 1" from November 17, 2021, through August 21, 2022. This conversation includes the following messages:

User 1: Does this friend 9

User 1: Know our kink

Tyler: He knows some of it. Not about [MV-1] though

User 1: I heen looking for a pedo bf for two years

User 1: Fall in love while banging out all the lil bois

Tyler: I wish we could bang out [MV-1]

User 1: Id do it

User 1: After we break the ice sooo down

User 1: The 4 year old is used to being used

Tyler: I just don't know about [redacted]

Tyler: Mmm really

User 1: Yes

User 1: Im so hard

User 1: Id gladl5

Tyler: I've only had my fingers in his ass

User 1: Gladly hold a kid down as u rape it

---

User 1: Definitely wanna slurp ur cock while u tell me what u wanna do to [MV-1]

Tyler: I wanna hear what you wanna do to [MV-1] too

User 1: Oh we are definitely gonna discust alot of that

User 1: Id rather hold them down and force them inside em

User 1: so tight

Tyler: Fuck yes

Tyler: I got fucked when I was 5

User 1: As was i

User 1: Now i crave it

User 1: I had 9 6 and 4

Tyler: so lucky man

---

User 1: I'm gonna breed the fuck outta [MV-1] while we make out

Tyler: I love that vid. I want you to do that to [MV-1]

User 1: Hold him down for me while I rip his hole open

Tyler: That's what I think about a lot

Tyler: Holding him down while he gets raped

11.     In April 2026, Witness 1, an individual known to law enforcement, and who is competent in their ability to identify MV-1, was interviewed by law enforcement. Witness 1 positively identified the child depicted in MV-1 Video 1 and MV-1 Video 2 described above as MV-1.

12.     I reviewed photographs of MV-1 from August 2021 found on the Samsung A12 wherein MV-1 is wearing a similar t-shirt with light-colored sleeves. The child depicted in the known photographs appeared visually similar to the child depicted in MV-1 Video 1 and MV-1 Video 2.

13.     I reviewed photographs and body worn camera footage taken during the execution of the Roseville search warrant in October 2025 and noted items in EATON's bedroom matched visually distinctive items which could be observed in MV-1 Video 1 and MV-1 Video 2, including a white table, green wall, black window covering, and white crown molding in the room.

14.     I reviewed a police report dated February 20, 2020, detailing a state search warrant that had been previously executed at the Roseville address. Law enforcement records indicate that EATON was living at the same residence since

at least February 2020 and through the execution of the October 2025 search warrant.

## CONCLUSION

15.     Based on the above, I respectfully submit that there is probable cause to believe that Tyler EATON violated 18 U.S.C. § 2251(a) (sexual exploitation of a minor), 2252A(a)(2) (distribution and receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography).

16.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Tyler EATON.

Respectfully submitted,

_____
Emily Zebracki
Special Agent
Homeland Security Investigations

_____
Hon. David R. Grand
United States Magistrate Judge

Date:   June 5, 2026

8